| Information to identify the case: | | |
|---|---|---|
| Debtor | Total Lawn Care KC Chimney Sweeps LLC<br>Name | EIN: 46–1730261 |
| United States Bankruptcy Court  Western District of Virginia | | Date case filed for chapter:  7   4/14/23 |
| Case number:  23–70263 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Total Lawn Care KC Chimney Sweeps LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 632<br>Raven, VA 24639–0632 | |
| 4. | **Debtor's attorney**<br>Name and address | John M. Lamie<br>Browning Lamie & Gifford<br>P. O. Box 519<br>Abingdon, VA 24212–0519 | Contact phone (276) 628–6165<br><br>Email: jlamie@blglaw.us |
| 5. | **Bankruptcy trustee**<br>Name and address | William E Callahan(76) Jr<br>P.O. Box 40013<br>Roanoke, VA 24022–0013 | Contact phone 540–983–9309<br><br>Email: callahan@gentrylocke.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Roanoke Division<br>210 Church Ave, Room 200<br>Roanoke, VA 24011 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–857–2391<br><br>Date: 4/14/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 18, 2023 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See attached list for meeting participation details.** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
| | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
| | 13 | Scolforo | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877−934−5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877−953−6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877−492−0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877−960−3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866−527−4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877−491−5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877−953−5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877−953−5927 | 9995849# |
| 1 | | UST Roanoke Office | By Telephone | 877−451−9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1−301−715−8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call−in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 23-70263-pmb

Total Lawn Care KC Chimney Sweeps LLC Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-7      User: admin      Page 1 of 2

Date Rcvd: Apr 14, 2023      Form ID: 309C      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Total Lawn Care KC Chimney Sweeps LLC, PO Box 632, Raven, VA 24639-0632 |
| 5149465 | | Cincinnati Insurance Companies, c/o Brown & Joseph, LLC, 1 Pierce Pl Ste 700W, Itasca, IL 60143-2606 |
| 5149468 | | Faletti & Gonzales, PLLC, 711 Main St, Tazewell, VA 24651-5398 |
| 5149469 | | First Community Bank, PO Box 628, North Tazewell, VA 24630-0628 |
| 5149472 | | Grover C. Elswick, 1515 Town N Country Dr, Wilkesboro, NC 28697-7586 |
| 5149473 | | John & Laura Boanno, 1168 Ivy Ridge Rd, Cleveland, VA 24225-7004 |
| 5149475 | ++ | PROFESSIONAL RECOVERY CONSULTANTS INC, 2700 MERIDIAN PARKWAY, SUITE 200, DURHAM NC 27713-2450 address filed with court:, Professional Recovery Consultants Inc, 2700 Meridian Pkwy Ste 200, Durham, NC 27713-2441 |
| 5149478 | | Truist Bank Tax, PO Box 819, Wilson, NC 27894-0819 |
| 5149479 | | Virginia Occupational Safety & Health, c/o VA Dept Labor & Industry, 600 E Main St, Richmond, VA 23219-2416 |
| 5149480 | | Virginia State Police - Lebanan Office, 355 Clydes Way Dr, Lebanon, VA 24266-4557 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jlamie@blglaw.us | Apr 14 2023 20:59:00 | John M. Lamie, Browning Lamie & Gifford, P. O. Box 519, Abingdon, VA 24212-0519 |
| tr | | EDI: BWCALLAHAN.COM | Apr 15 2023 01:05:00 | William E Callahan(76), Jr, P.O. Box 40013, Roanoke, VA 24022-0013 |
| 5149462 | | Email/Text: legal@arsnational.com | Apr 14 2023 20:59:00 | ARS National Services Inc, PO Box 469100, Escondido, CA 92046-9100 |
| 5149463 | | Email/Text: bankruptcy@bbandt.com | Apr 14 2023 20:59:00 | BB&T Bank Card Services, PO Box 698, Wilson, NC 27894-0698 |
| 5149464 | | Email/Text: bankruptcy@bbandt.com | Apr 14 2023 20:59:00 | BB&T Bankcard Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5149466 | | EDI: CITICORP.COM | Apr 15 2023 01:05:00 | Citibank NA, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 5149467 | + | Email/Text: collections@datamax.com | Apr 14 2023 20:59:00 | DataMax Corporation, 711 Coliseum Plaza Ct, Winston Salem, NC 27106-5352 |
| 5149470 | | Email/Text: hggonzalez@fcbinc.com | Apr 14 2023 20:59:00 | First Community Bank, PO Box 989, Bluefield, VA 24605-0989 |
| 5149471 | | Email/Text: bankruptcy@firstpointcollectionresources.com | Apr 14 2023 21:00:00 | Firstpoint Collection Resources, Inc., PO Box 26140, Greensboro, NC 27402-6140 |
| 5149474 | | Email/Text: bknotices@mbandw.com | Apr 14 2023 20:59:00 | McCarthy, Burgess & Wolfe, 26000 Cannon Rd, Cleveland, OH 44146-1807 |
| 5149476 | | Email/Text: treasurer@russellcountyva.us | Apr 14 2023 20:59:00 | Russell County Treasurer, 137 Highland Dr Ste B, |

| District/off: 0423-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: 309C | Total Noticed: 22 |

| 5149477 | Email/Text: bknotices@mbandw.com | Apr 14 2023 20:59:00 | Tractor Supply Co., c/o McCarthy, Burgess & Wolfe, 26000 Cannon Rd, Cleveland, OH 44146-1807 Lebanon, VA 24266-7169 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5149461 | ## | Advanced Service Solutions LLC Walgreens, PO Box 573, Hammonton, NJ 08037-0573 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 16, 2023              Signature:        /s/Gustava Winters